# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-3526

_____

| | | |
|---|---|---|
| Trish Goman Fischiettie, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | Appeal from the United States |
| Mustangs and More Auto Sales; | * | District Court for the |
| Turnbo Auto Sales; John Doe I | * | Eastern District of Arkansas. |
| ("Gary"); John Doe II ("David"), | * | |
| | * | [UNPUBLISHED] |
| Appellees. | * | |

_____

Submitted: January 19, 1999
Filed: January 25, 1999

_____

Before RICHARD S. ARNOLD, WOLLMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

Trish Goman Fischiettie appeals the district court's[1] order dismissing her action with prejudice. Having reviewed the record, we conclude that the dismissal with prejudice of purported federal claims was proper. As to such claims, we affirm. See 8th Cir. R. 47B. We modify the dismissal to be without prejudice, however, as to any state law claims Fischiettie may have against these defendants.

_____

[1]The Honorable Elsijane Trimble Roy, United States District Judge for the Eastern District of Arkansas.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.